In the Matter, etc., of BOND & MORTGAGE GUARANTEE COMPANY. In the Matter of a Plan of Readjustment, etc., Covering Premises Located at 8839–8860 239th Street, Creedmore, Queens, New York, Bond & Mortgage Guarantee No. 150479, Plan No. 787. MURRAY M. COWEN, Attorney, Appellant; THE MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondent; VICTOR WHITEHORN, Cotrustee, Respondent.— Order, in so far as it denies application of appellant, an attorney, for compensation for services rendered to certificate holders between May 3, 1935, and August 5, 1935, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.